IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02300-WYD-PAC

SHANE BURDEN,

    Plaintiff,

v.

ROBERT WOOD (20883) Police Officer Westminster P.D., acting in his offical (sic) capacity,

    Defendant.

## ORDER

    THIS MATTER is before the Court on Plaintiff's pleading entitled "Motion to Object and Ask for Motion to Set." By way of background, on November 1, 2005, this Court entered an Order Adopting and Affirming Recommendation of United States Magistrate Judge. The Order adopted the Recommendation filed September 30, 2005, to grant Defendant's Motion for Summary Judgment on all claims. Plaintiff did not file objections to the Recommendation. Judgment was entered on November 1, 2005 in favor of Defendant and against Plaintiff.

    The case is now concluded on the merits, and it is too late for Plaintiff to file objections to any action taken by Magistrate Judge Coan. It is also improper to ask for appointment of counsel or to set this case for hearing. Accordingly, it is

    ORDERED that Plaintiff's pleading entitled "Motion to Object and Ask for Motion to Set" (filed November 8, 2005) is **DENIED**.

Dated: November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge